IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONSTITUTION PIPELINE COMPANY, LLC | |
| Plaintiff, | |
| v. | CIVIL ACTION |
| | Case No. 3:14-cv-02020-NAM-DJS |
| A PERMANENT EASEMENT FOR 0.54 ACRES AND TEMPORARY EASEMENTS FOR 0.65 ACRES IN DAVENPORT, DELAWARE COUNTY, NEW YORK, TAX PARCEL NUMBER 33.-1-14.111, LINDA L. SPERRY, et al. | **Electronically Filed** |
| Defendants. | |

**ORDER**

AND NOW, this  29th  day of  July , 2021, by the stipulation of the parties, it is hereby ORDERED as follows:

1. Constitution has no right of possession or access to Landowner's property based on the September 17, 2020 Order vacating any rights that may have been granted.

2. The parties have settled all issues relating to access, possession, compensation, damages, fees and costs, such that there is no longer a need for the Court to enter an Order as to title or just compensation for the Rights of Way (as that term is defined in the Complaint).

3. The above-captioned condemnation action is dismissed and the case shall be marked as CLOSED on the docket.

36785737.4 07/26/2021

4. The Bond that Constitution posted as security for the payment of compensation as required by the Court's February 19, 2015 Order is hereby released.

SO ORDERED:

*Norman A. Mordue*
Norman A. Mordue
Senior U.S. District Judge

2